UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No.  2:13-cv-313-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

This matter is before the court on Plaintiff's request to vacate referral to the magistrate judge and for all further proceedings to be heard by the District Court. Federal Rule of Civil Procedure 73(b)(3) provides that "[o]n its own for good cause—or when a party shows extraordinary circumstances—the district judge may vacate a referral to a magistrate judge." (ECF 21.) The court finds that Plaintiff has not shown the "extraordinary circumstances" necessary to vacate referral to a magistrate judge. As such, Plaintiff's motion is DENIED.

Dated: May 20, 2013

Troy L. Nunley
United States District Judge

1