IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                       No. 2:13-cv-0313 TLN EFB P

    vs.

CALIFORNIA DEPARTMENT OF       ORDER
CORRECTIONS,

    Defendant.
_____/

        Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This case was referred to a magistrate judge in accordance with Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On May 13, 2013, the magistrate judge dismissed plaintiff's complaint with leave to amend. ECF No. 22.

        Plaintiff has filed a "Notice of Objection Pursuant to Federal Rule of Civil Procedure 72(b)(2)." ECF No. 23. After a magistrate judge issues findings and recommendations on a dispositive pretrial issue, the parties may file objections pursuant to Rule 72(b)(2). Because the magistrate judge has not issued any findings and recommendations in this case, plaintiff's "objections" must be disregarded.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's requests to vacate the referral to the magistrate judge and to be placed on calendar (ECF No. 21) are denied, and

1

1  plaintiff's Rule 72(b)(2) objections (ECF No. 23) are disregarded.

2  Dated:         May 24, 2013

         Troy L. Nunley
         United States District Judge