UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No.  No. 2:13-cv-0313 TLN EFB P |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS,, | |
| Defendant. | |

This matter is before the court on Plaintiff's motion for reconsideration.  (ECF 26.)  Specifically, Plaintiff asks the court to reconsider its May 21, 2013, order denying Plaintiff's request to vacate referral to a magistrate judge.  (ECF 26.)  Plaintiff has provided no legal basis for reconsidering the Court's previous order, therefore Plaintiff's motion is hereby DENIED.

Dated: June 3, 2013

Troy L. Nunley
United States District Judge

1