IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                    No. 2:13-cv-0313 TLN EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,
                                      ORDER

    Defendants.

                              /

        In his June 19, 2013 motion for reconsideration and notice of argument, plaintiff requests reconsideration of the orders issued by the magistrate judge on April 22, 2013 (ECF 13), May 13, 2013 (ECF 22), and June 18, 2013 (ECF 44). He also requests a hearing on his motion.

        Plaintiff's request for a hearing on his motion is denied. See E.D. Cal. Local Rule 230(g) (court has discretion to submit motions upon the record and briefs on file without oral argument).

        To the extent plaintiff requests reconsideration of the April 22 and May 13 orders, the requests are denied as untimely. See E.D. Cal. Local Rule 303(b) (rulings by Magistrate Judges "shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days").

The request for reconsideration of the June 18 order is also denied. Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion." E.D. Cal., Local Rule 230(j)(3)-(4). Plaintiff's motion does not describe new or different facts or circumstances that would warrant reconsideration of the June 18 order.

Accordingly, plaintiff's motion for reconsideration, and for oral argument on the same, (ECF 46) is denied.

DATED: July 5, 2013

Troy L. Nunley
United States District Judge